IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SANDRA K. WEBB and )
TABITHA N. WEBB, )
  )
    Petitioners, )
  )
vs. ) No. 05-1188 T/An
  )
DAVID L. WOOLFORK, )
  )
    Respondent. )

### ORDER SETTING HEARING

Before the Court is Petitioners' Motion for Change of Venue filed on July 5, 2005. Within the Motion to Change Venue is a Motion for the Undersigned to recuse himself from this matter. After due consideration, it is **ORDERED** that a hearing on the Motion to Recuse shall be held before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, AUGUST 2, 2005 at 2:00 P.M.** in the Magistrate Judge Courtroom, 4th Floor, United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 20, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01188 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Sandra K. Webb
PO Box 1451
Jackson, TN 38302

Tabitha N. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT