# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

SANDRA K. WEBB and
TABITHA N. WEBB

**JUDGMENT IN A CIVIL CASE**

v.

STATE OF TENNESSEE                    CASE NUMBER:   05-1188-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 10/25/05, this case is hereby DISMISSED for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).

APPROVED:

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

 

THOMAS M. GOULD
CLERK

10/27/05                         BY:  _C. Herd_
DATE                                       DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___10-28-05___.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01188 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

Sandra K. Webb
PO Box 1451
Jackson, TN 38302

Tabitha N. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT